Michael K. Friedland (SBN 157,217)
Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
Lauren.Katzenellenbogen@knobbe.com
David M. Cohen (SBN 307,680)
David.Cohen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counterclaimant
JENSEN ENTERPRISES, INC., d/b/a
JENSEN PRECAST

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OLDCASTLE PRECAST, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JENSEN ENTERPRISES, INC., d/b/a JENSEN PRECAST, a Nevada corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:16-cv-01844-KJM-CKD<br><br>**ORDER GRANTING DEFENDANT JENSEN'S REQUEST TO SEAL DOCUMENTS**<br><br>The Honorable Kimberly J. Mueller |

*1* The Court, having read and considered Defendant Jensen Enterprises, Inc., d/b/a Jensen *2* Precast's Request to Seal Exhibit 1 to the Declaration of John Heuton and good cause appearing *3* therefore:

*4* **IT IS HEREBY ORDERED** that the following document shall be filed under seal.

*5* • Exhibit 1 to the Declaration of John C. Heuton (Dkt. # 44) in Support of Plaintiff *6* Oldcastle Precast, Inc.'s Reply in Support of its Opening Claim Construction *7* Brief.

*9* DATED: September 19, 2017.

_____
UNITED STATES DISTRICT JUDGE