UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLDCASTLE PRECAST, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JENSEN ENTERPRISES, INC., d/b/a JENSEN PRECAST, a Nevada corporation,<br><br>Defendant. | No. 2:16-cv-01844-KJM-CKD<br><br>ORDER |

On October 11, 2017, the parties filed a notice of settlement. ECF No. 52. On October 16, 2017, the court issued a minute order requiring the parties to file dispositional documents within thirty days. ECF No. 52. To date, neither party has filed disposition documents. Further, neither party has requested an extension of time to file dispositional documents.

Each party is ORDERED to SHOW CAUSE by December 8, 2017, why they should not be sanctioned $250.00 for failing to file dispositional documents, or in the alternative why this case should not be dismissed.

IT IS SO ORDERED.

DATED: December 15, 2017.

_____
1   UNITED STATES DISTRICT JUDGE